# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-2065
_____

M.R., Mother of D.A.R.N., Jr.,
Z.A.P., A.E.T. and Z.R., Minor
Children,

     Appellant,

     v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

     Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Michael G. Allen, Judge.

November 21, 2018

PER CURIAM.

     AFFIRMED.

ROBERTS, KELSEY, and WINSOR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Jason A. Cobb, DeFuniak Springs, for Appellant.

Sarah J. Rumph, Children's Legal Services, Tallahassee; Laura Battaglia, Children's Legal Services, Pensacola; Mattie Theresa Clay, Pensacola, for Appellee.

Thomasina F. Moore, Rocco J. Carbone, III, and Sara Goldfarb, Guardian Ad Litem Program, Tallahassee, for Guardian Ad Litem.